# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: August 30, 2019

```
* * * * * * * * * * * * *
KIARA S. MASSEY,                  *        UNPUBLISHED
                                  *
             Petitioner,          *        No. 18-541V
                                  *
v.                                *        Special Master Gowen
                                  *
SECRETARY OF HEALTH               *        Order Concluding Proceedings;
AND HUMAN SERVICES,               *        Vaccine Rule 21(a).
                                  *
             Respondent.          *
* * * * * * * * * * * * *
```

Nancy R. Meyers, Ward Black Law, Greensboro, NC, for petitioner.
Mollie D. Gorney, United States Department of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On August 30, 2019, the parties filed a Joint Stipulation of Dismissal in the above-captioned case. ECF No. 23. Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is **dismissed without prejudice**. The Clerk of the Court is hereby instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. **This means the opinion will be available to anyone with access to the Internet.** Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). "An objecting party must provide the court with a proposed redacted version of the decision." *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.** *Id.*